**CORE COMMUNICATIONS, INC., Appellant**

v.

**VERIZON PENNSYLVANIA, INC.**

No. 06–2419.

United States Court of Appeals, Third Circuit.

June 13, 2007.

---

Barry W. Krengel, Dolchin, Slotkin & Todd, Philadelphia, PA, Deborah J. Israel, Louis J. Rouleau, Michael B. Hazzard, Womble, Carlyle, Sandridge & Rice, Washington, DC, for Appellant.

Thomas A. Leonard, Richard P. Limburg, H. David Seidman, Obermayer, Rebmann, Maxwell & Hippel, Philadelphia, PA, Joseph M. Ruggiero, Arlington, VA, for Appellee.

Present SMITH * and FISHER, Circuit Judges, and DIAMOND,** District Judge.

### SUR PETITION FOR PANEL REHEARING

The petition for panel rehearing filed by Appellant having been submitted to the judges who participated in the decision of this court and are not recused, it is hereby ORDERED that the petition for panel rehearing is GRANTED. The opinion filed May 9, 2007, is hereby VACATED, and a subsequent opinion will be issued.

/s/ *D. Michael Fisher* Circuit Judge